# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROJECT SENTINEL; DOREEN CORDERO; and JILL HICKEY, individually and on behalf of the GENERAL PUBLIC,<br><br>Plaintiffs,<br><br>v.<br><br>KAMAL LAL and USHA LAL, individually; KAMAL LAL, in his capacity as Trustee of the LAL FAMILY TRUST OF 1998; and BABU PRASAD, in his capacity as Trustee of the LAL FAMILY TRUST OF 1998,<br><br>Defendants. | No.  1:98-cv-05688-LJO<br><br>ORDER DISCONTINUING COMPLIANCE STATEMENT REQUIREMENT<br><br>(Doc. No. 195) |

This is a housing discrimination case filed on June 22, 1998, in which the parties entered into a consent decree on May 22, 2000.  (*See* Doc. No. 195.)  The decree requires that "[e]ach year on the anniversary date of the entry of this consent decree, defendants and their Authorized Rental Agent(s) shall file with this Court and serve [plaintiff] Project Sentinel with a statement signed under penalty of perjury verifying" certain information specified in the agreement, "over the last year."  (*Id*. at § II(13).)  The Court retained jurisdiction for purposes of enforcement, (*id*. at § II(14)), and the docket demonstrates annual compliance reports filed by defendant Kamal Lal from 2005 through 2020, (Doc. Nos. 223-238).  During the certification period referenced, no enforcement action has been initiated or requested.

1

On May 18, 2020, the court issued an order to show cause directing plaintiff to explain in writing whether continued annual certification remains necessary in this matter. (Doc. No. 239.) Plaintiffs timely responded, indicating their belief that "[i]In light of the length of time that has passed since issuance of the consent decree, defendant's compliance with the annual certification requirement for the last fifteen years, and the lack of enforcement actions initiated or requested during the duration of the consent decree," annual certification to the court is no longer necessary. (Doc. No. 240.) The court agrees with that assessment for the reasons as given by plaintiffs in their response to the order to show cause. Accordingly, the annual certification requirement is hereby terminated and discontinued. All other provisions of the consent decree that have ongoing requirements or prohibitions shall remain in effect.

IT IS SO ORDERED.

Dated: __**March 25, 2021**__         _Dale A. Drozd_
                                      UNITED STATES DISTRICT JUDGE